

# Bobby Johnson

LLKM💜 Free the fed baby's 🔒IKEMG💜💯

Friends    Message    ...

🏠  Lives in **Des Moines, Iowa**

🔊  Pronounces name BAW-bee JAHN-sen

...  See Bobby's About Info





GOVERNMENT
EXHIBIT
**2**
4:21-cr-075

News Feed    Watch    Marketplace    Profile    Notifications    Menu

GX2 -- 001



GX2 -- 002



< **Bobby Johnson** 🔍

 **Bobby Johnson**
Nov 4, 2021 · 🌐

Nogood Pluto

 **Bobby Johnson**
Apr 13, 2020 · 🌐

Mfs pump faking? N runnin?😭😭😭



Why Pluto running 😭

News Feed | Watch | Marketplace | Profile | Notifications | Menu

GX2 -- 004



**Bobby Johnson**

 **Bobby Johnson** updated his profile picture.
Nov 14, 2021

🌟



Like   Comment   Share

 **Bobby Johnson**
Nov 14, 2021

No kap I done hit more shit then mike Tyson 😭😂

GX2 -- 006

 **Bobby Johnson**

**Bobby Johnson**
Nov 14, 2021

No kap I done hit more shit then mike Tyson 😭😂

👍 Like    💬 Comment    ↗ Share

 **Bobby Johnson** updated his cover photo.
Nov 13, 2021



❤️👍 5

News Feed | Watch | Marketplace | Profile | Notifications | Menu

GX2 -- 007



GX2 -- 008



GX2 -- 009



GX2 -- 010



GX2 -- 011

1:11

# Manage

- 📞 Audio call
- 📹 Video call
- ☑ Following
- 👥 See Friendship
- ❗ Find support or report profile
- 🚫 Block
- 🔍 Search profile

## Bobby's Profile link

Bobby's personalized link on Facebook.

https://www.facebook.com/stickupsolid

[Copy Link]

 News Feed  Watch  Marketplace  Profile  Notifications  Menu

GX2 -- 012